# EXHIBIT A

Case 8:22-cv-01288-SDM-CPT   Document 1-1   Filed 06/03/22   Page 2 of 3 PageID 28

# Lilly Token (Ly) | Blockchain-Based Medical Platform to Revolutionize Healthcare Lilly Finance, LLC

The wildly anticipated Lilly token, a cryptocurrency created to change the future of health and wealth, will launch on the open-source Ethereum blockchain platform, Uniswap, on February 11th, 2022.



NEWS PROVIDED BY
**Lilly Finance** →
Feb 10, 2022, 11:07 ET

ST. PETERSBURG, Fla., Feb. 10, 2022 /PRNewswire/ -- After months of meticulous work and mounting anticipation, Lilly Finance, LLC has seen its conscious crypto dream come true, launching on one of the most well-known Ethereum blockchains with now over 1.4 billion transactions.

As the first youth-inspired, medically focused cryptocurrency, Lilly Finance is making history by creating an accessible financing vehicle with a charitable bent. Lilly utilizes the ascent and durability of cryptocurrency platforms such as blockchain to democratize the market and create wealth where it did not previously exist.

From the lab bench to billing, from diagnostics to data management, Lilly supports projects that break down the barriers to new knowledge by targeting research and medical practice

Case 8:22-cv-01288-SDM-CPT   Document 1-1   Filed 06/03/22   Page 3 of 3 PageID 29

areas where real needs have been neglected. The goal is to solve problems in healthcare by employing a next-generation financing system aimed at accelerating positive and innovative change.

"We believe the world is ready for the introduction of blockchain and better transparency within the global medical industry as a whole," explains Lilly Founder Brad Beatty.

In the coming weeks, Lilly Finance is announcing partnerships with world-leading medical organizations and major motor sports programs to support the Lilly Foundation for charity. This critical support will help the foundation bring medical financing and care to children globally.

About Lilly Finance LLC

Inspired by one girl's survival story, Lilly Finance identifies needs, opportunities, and problems in health care, by employing next generation blockchain technology and financing systems to improve the lives of millions of people worldwide.

In short, Lilly is changing the future of health and wealth. We believe that the future belongs to everyone.

To purchase or learn more about the Lilly Finance project.

SOURCE Lilly Finance